1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RABINDRA PRASAD dba PRASAD              No.  2:15-cv-2712 KJM AC (PS)
     CHIROPRACTOR,
12
                  Plaintiff,
13
                                            ORDER
            v.
14
     PRAKASH NARAYAN, PAYAL
15   NARAYAN, et al.,

16                Defendants.

17

18         Plaintiff is proceeding in this action in pro per.  The matter was referred to the United

19   States Magistrate Judge by E.D. Cal. R. 302(c)(21).

20         On January 5, 2016, the magistrate judge filed findings and recommendations, which were

21   served on all parties and which contained notice to all parties that any objections to the findings

22   and recommendations were to be filed within twenty-one days.  ECF No. 4. Defendants have filed

23   objections to the findings and recommendations.  ECF No. 5.

24         The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

26   *See Britt v. Simi Valley Unified School Dist*., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27   the file, the court adopts the magistrate court's findings and recommendation that this case be

28   remanded.  The court however, writes separately to DENY as MOOT defendants' applications to

                                            1

1  proceed in forma pauperis, having already affirmed this case should be remanded to state court.

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.  The findings and recommendations filed January 5, 2016 (ECF No. 4), are adopted in

4  to the extent consistent with this order; and

5          2.  This action is remanded in light of 28 U.S.C. § 1447(c), to the California Superior

6  Court, Sacramento County, for lack of federal jurisdiction.

7  DATED:  September 28, 2016

8

9  _____

10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28